Nash, J.
 

 The Bank of Cape Fear was incorporated By the Legislature, at their session 1833 &. ’34, 2 vol. Rev. Stat.p. 50. By the 11th section of the act it is provided, “ that a tax of. twenty-five cents on each share of stoek, owned by in-viduals in said Bank shall be annually paid into the treasury of the State by the President or Cashier of the said Bank on or before the first day of October ,in each year — and the said Bank
 
 shall not he liable to any further tax.”
 
 It is difficult to conceive language more expressive of the meaning intended. The Legislature, about, to incorporate a company with banking privileges, to induce individuals to invest their private funds in its stock, engage, in so many words, that the Bank shall not be liable to pay any tax, but one of twenty-five cents ■on each share, and it is now contended, that, in violation of this express declaration, the property of the Bank, that is of the individual stockholders, shall, in addition to the twenty-five cents, payable on each share of stock owned by them, be subjected to the operation of the general revenue law, and to the payment of the taxes imposed for county purposes. This can. not be. It would be in direct violation of the plighted faith, of the State. This act exempts the property of the Bank from the payment of all public dues, in the character of taxes of every kind and description, as well county as State, except that specified. To place the question beyond all doubt, the 19th section contains a clause repealing “every other act or parts of acts coming within the meaning and purview of that Act.
 
 *518
 
 Thé power of the legislature to pass the act is not questioned* and they have expressed their will in language too plain to admit of a doubt. The plaintiffs paid the money under compulsion, with a protest as to the defendant’s right. There can be no doubt of their perfect right to recover it back.
 
 Brown on
 
 Actions, p. 364, and the authorities there cited. The judgment of nonsuit is set aside, and .judgment must be entered for the plaintiffs.
 

 Per Curiam* Judgmént accordingly.